**McGuireWoods LLP**
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

**Philip A. Goldstein**
Direct: 212.548.2167

**McGuireWoods**

pagoldstein@mcguirewoods.com
Fax: 212.715.6275

January 23, 2020

### VIA REGULAR MAIL & EMAIL

Darryn G. Solotoff
The Law Office of Darryn Solotoff, PLLC
100 Quentin Roosevelt Boulevard, Suite 208
Garden City, NY 11530
ds@lawsolo.net

    **Re:**    *Jason Camacho, et al. v. Francesca's Collection, Inc.*
               Civil Action No. 2:19-cv-06508-SJF-ARL
               *Motion to Dismiss Plaintiff's Amended Complaint*

Dear Mr. Solotoff:

        Enclosed please find a copy of Defendant Francesca's Collections, Inc.'s: (1) Notice of Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6); (2) Declaration of Philip A. Goldstein in Support of Defendant's Motion to Dismiss Plaintiff's Amended Complaint with attached exhibit; (3) Memorandum of Law in Support of Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6); and (4) Certification of Service.

                                                                       Very truly yours,

                                                                       *Philip A. Goldstein*

                                                                       Philip A. Goldstein

PAG/kas
Enclosures

cc:     Jeffrey M. Gottlieb, Esq., (via Regular Mail & Email: nyjg@aol.com)(w/ enclosures)
           The Honorable Sandra J. Feuerstein, U.S.D.J. (via ECF; w/out enclosure)

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C. | Wilmington